UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Timothy Nieporte,                                         Case No. 1:11cv494

    Plaintiff

  vs.

Unitrin Auto and Home Insurance Company,

    Defendant.

ORDER

    The above matter is referred to Magistrate Judge Karen Litkovitz to hold a settlement conference April 10, 2013 @ 10:00 a.m.

                                                                   */s/ Stephanie K. Bowman*
                                                                   United States Magistrate Judge